[No. 3,686.]

## F. F. GALLARDO *v.* JOHN A. HANNAH, COUNTY JUDGE OF THE COUNTY OF INYO.

PETITION FOR WRIT OF REVIEW.—A petition to the Supreme Court for a writ of *certiorari*, to review a judgment of the County Court, must set forth a sufficient reason why the application is not made to the District Court.

IDEM.—A petition to the Supreme Court for a writ of *certiorari* cannot be made the vehicle of insulting the District Courts.

PETITION to the Supreme Court for a writ of *certiorari*, to review a judgment of the County Court of the County of Inyo.

The petitioner stated in his petition, that he verily believed that an impartial trial could not be had before Theron Reed, Judge of the District Court of the Fifteenth Judicial District.   The County of Inyo was in the Fifteenth Judicial District.

By the COURT:

The petition for the writ does not comply with the rule of this Court, by setting forth any sufficient reason why the application should not be made to the District Judge.

A petition of this kind cannot be made the vehicle of insulting the District Courts, and we only decline to notice the action of the petitioner further because we believe him incapable of appreciating the effect of the language he has employed.   Petition dismissed.